OPINION — AG — **** CAPITOL IMPROVEMENT AUTHORITY — COORDINATOR **** THE OKLAHOMA CAPITOL IMPROVEMENT AUTHORITY UNDER 70 O.S. 1961 161 [70-161] AND 73 O.S. 1968 Supp., 168 [73-168] A HIRE A PLANNING COORDINATOR TO COORDINATE PLANNING FOR NEW BUILDING BUILT UNDER THE SUPERVISION OF THE AUTHORITY. CITE: 73 O.S. 1961 151 [73-151], 73 O.S. 1961 161 [73-161], 73 O.S. 1961 163 [73-163], 73 O.S. 1968 Supp., 163 [73-163] (DELL GORDON)